RANDOLPH REALTY CORPORATION, Respondent, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK and Others, Defendants, Impleaded with MONUMENT GARAGE CORPORATION, Appellant.— Order modified by denying the motion for an injunction in so far as it relates to the use of so much of the land owned by the defendant, The Bank for Savings in the City of New York, as lies within the business district, and as so modified affirmed, without costs. (See *Matter of Monu-*

*ment Garage Corp.* v. *Levy*, 266 N. Y. 339.) Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.